UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPSEY HUSSLE, et al., <br> Petitioners <br> v. <br> LOS ANGELES POLICE DEPARTMENT, et al., <br> Respondents. | Case No. EDCV 19-780-ODW (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: _May 29, 2019

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE